# Supreme Court of Texas

No. 21-0769

Angela Horton and Kevin Houser,
*Petitioners,*

v.

The Kansas City Southern Railway Company,
*Respondent*

On Petition for Review from the
Court of Appeals for the  Fifth District of Texas

## **JUDGMENT**

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and counsels' argument, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;
2) The trial court's judgment is reinstated; and
3) Each party shall bear its own Court costs.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and to the 68th District Court Court of Dallas County, Texas, for observance.

Opinion of the Court delivered by Justice Boyd

June 28, 2024

**********